**Anthony KING, Appellant,**

v.

**Chris BROWN, Deputy Sheriff of Chariton County, Appellee.**

No. 03–2754.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2004.

Decided: April 13, 2004.

Anthony King, Greenville, IL, pro se.

Debora L. Hale, Rendlen & Rendlen, Hannibal, MO, for Defendant–Appellee.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Anthony King appeals the district court's [*] adverse judgment following a jury trial on King's 42 U.S.C. § 1983 excessive-force claim. King contends appellee and defense witnesses committed perjury at trial, and his appointed counsel was derelict in her duties. We reject King's arguments because the jury was entitled to credit the testimony of witnesses, *see United States v. Harris*, 310 F.3d 1105, 1111 (8th Cir.2002), *cert. denied*, 538 U.S. 1052, 123 S.Ct. 2121, 155 L.Ed.2d 1096 (2003); and there is no constitutional or statutory right to effective assistance of counsel in a civil case, *see Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir. 1988).

We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

[*] The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.